**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____  Chapter  __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Las Vegas John, L.L.C.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 80-0704917 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **230 S. Maryland Parkway, Attn: Office** **Las Vegas, NV 89101** Number, Street, City, State & ZIP Code | **6637 N. Campbell Ave., 1st Floor** **Chicago, IL 60645** P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Las Vegas John, L.L.C.**                                   Case number (*if known*) _____
          Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

■ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | | |
|---|---|---|---|---|---|
| | Debtor | _____ | | Relationship | _____ |
| | District | _____ | When _____ | Case number, if known | _____ |

---

| Debtor | Las Vegas John, L.L.C. | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Las Vegas John, L.L.C.                                     Case number (*if known*) _____
_____
Name

▆▆▆▆▆  **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *Aug 3, 2016*
                       MM / DD / YYYY

X _____          **Dimitrios P. Stamatakos**
   Signature of authorized representative of debtor     Printed name

Title    **Managing Member**

**18. Signature of attorney**    X _____    Date    8/3/16
                                         Signature of attorney for debtor                    MM / DD / YYYY

**Matthew C. Zirzow**
Printed name

**LARSON & ZIRZOW, LLC**
Firm name

**850 E. Bonneville Ave.**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone    **(702) 382-1170**    Email address    mzirzow@lzlawnv.com

**7222**
Bar number and State

**Fill in this information to identify the case:**

Debtor name        **Las Vegas John, L.L.C.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☑ Other document that requires a declaration    **List of Creditors Who Have the 20 Largest Unsecured Claims**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _Aug 3, 2016_    x _Dimitri P. Stamatos_
                                  Signature of individual signing on behalf of debtor

                                  **Dimitrios P. Stamatakos**
                                  Printed name

                                  **Managing Member**
                                  Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name | Las Vegas John, L.L.C.

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Clark County Treasurer c/o Bankruptcy Clerk 500 S. Grand Central Pkwy P.O. Box 551220 Las Vegas, NV 89155 | | Property taxes | | | | $20,423.49 |
| Cox Communications Attn: Bankruptcy Dept/Managing Agent 121 S. Martin Luther King Blvd Las Vegas, NV 89106 | | Services | | | | $11,000.00 |
| City of Las Vegas Sewer Services Attn: Bankruptcy Dept/ Managing Agent PO Box 748022 Los Angeles, CA 90074 | | Services | | | | $5,555.46 |
| Internal Revenue Service Attn: Bankruptcy Dept/Managing Agent P.O. Box 7346 Philadelphia, PA 19101 | | Partnership taxes | | | | $4,951.49 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

Debtor  **Las Vegas John,  L.L.C.**

Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Las Vegas Valley Water District Attn: Bankruptcy Dept/Managing Agent 1001 S Valley View Blvd Las Vegas, NV 89153 | | Services | | | | $4,821.84 |
| NV Energy Attn: Bankruptcy Dept/Managing Agent PO Box 30086 Reno, NV 89520 | | Sevices | | | | $3,000.00 |
| Cecil Thomas | | Services | | | | $1,500.00 |
| Michael Camargo 230 S. Maryland Parkway, Apt. 13 Las Vegas, NV 89101 | | Services | | | | $1,500.00 |
| Upper Ground Flooring Attn: Managing Member 3440 Maverick St. Las Vegas, NV 89108 | | Services | | | | $1,300.00 |
| Republic Services Attn: Bankruptcy Dept. / Managing Agent 770 E. Sahara Ave. Las Vegas, NV 89104-2943 | | Services | | | | $1,000.00 |
| Home Team Pest Defense, Inc. Attn: Bankruptcy Dept/Managing Agent 6450 Cameron St. #100 Las Vegas, NV 89118-4337 | | Services | | | | $630.00 |
| Southwest Gas Corporation Attn: Bankruptcy Dept. / Managing Agent PO Box 98512 Las Vegas, NV 89193-8512 | | Services | | | | $411.67 |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 2

Debtor    **Las Vegas John,  L.L.C.**                                      Case number *(if known)*    _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Robert Selmon and Sammy Bjork 230 S. Maryland Parkway, Apt. 12 Las Vegas, NV 89101 | | Services | | | | $400.00 |

**United States Bankruptcy Court**
**District of Nevada**

In re   Las Vegas John,  L.L.C. _____   Case No. _____

　　　　　　　　　　　　　　　　Debtor(s)　　　　　Chapter   11 _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  *Aug 3, 2016*　　　　　　 _____

Dimitrios P. Stamatakos/Managing Member
Signer/Title

Las Vegas John,  L.L.C.
6637 N. Campbell Ave., 1st Floor
Chicago, IL 60645

Matthew C. Zirzow
LARSON & ZIRZOW, LLC
850 E. Bonneville Ave.
Las Vegas, NV 89101

Internal Revenue Service
Attn: Bankruptcy Dept/Managing Agent
P.O. Box 7346
Philadelphia, PA 19101

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
P.O. Box 551220
Las Vegas, NV 89155

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155

United States Trustee
300 Las Vegas Blvd., South #4300
Las Vegas, NV 89101

Dept. of Empl, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Social Security Administration
Attn:  Bankruptcy Desk/Managing Agent
PO Box 33021
Baltimore, MD 21290-3021

Nevada Dept. of Taxation
Bankruptcy Section
555 E. Washington Avenue #1300
Las Vegas, NV 89101

Allan Chenoweth
230 S. Maryland Parkway, Apt. 3
Las Vegas, NV 89101

Carl A. Slenders
and Yvonne Swinger
230 S. Maryland Parkway, Apt. 31
Las Vegas, NV 89101

Cecelia Ashley
230 S. Maryland Parkway, Apt. 25
Las Vegas, NV 89101

Christine Rupp
230 S. Maryland Parkway, Apt. 22
Las Vegas, NV 89101

City of Las Vegas Sewer Services
Attn: Bankruptcy Dept/ Managing Agent
PO Box 748022
Los Angeles, CA 90074

Cox Communications
Attn: Bankruptcy Dept/Managing Agent
121 S. Martin Luther King Blvd
Las Vegas, NV 89106

Danny T. Leiva
230 S. Maryland Parkway, Apt. 34
Las Vegas, NV 89101

Darryl Hawkins
230 S. Maryland Parkway, Apt. 29
Las Vegas, NV 89101

David Garcia
and Debra Lapka
230 S. Maryland Parkway, Apt. 16
Las Vegas, NV 89101

Delando Riles
230 S. Maryland Parkway, Apt. 35
Las Vegas, NV 89101

Dimitros P. Stamatakos
6637 N. Campbell Ave., 1st Fl.
Chicago, IL 60645

Don Daniels
230 S. Maryland Parkway, Apt. 23
Las Vegas, NV 89101

Edmund Brooke
230 S. Maryland Parkway, Apt. 24
Las Vegas, NV 89101

Elleen Johnson
230 S. Maryland Parkway, Apt. 26
Las Vegas, NV 89101

Florence Penn
230 S. Maryland Parkway, Apt. 8
Las Vegas, NV 89101

Hector Campo
230 S. Maryland Parkway, Apt. 32
Las Vegas, NV 89101

Home Team Pest Defense, Inc.
Attn: Bankruptcy Dept/Managing Agent
6450 Cameron St. #100
Las Vegas, NV 89118-4337

Howard Lavoy
230 S. Maryland Parkway, Apt. 14
Las Vegas, NV 89101

Jacqueline Ward
230 S. Maryland Parkway, Apt. 20
Las Vegas, NV 89101

Jamie Owen
and Tina Alvis
230 S. Maryland Parkway, Apt. 5
Las Vegas, NV 89101

Julie Ann Stacey
230 S. Maryland Parkway, Apt. 17
Las Vegas, NV 89101

KeyBank Real Estate Capital
Attn: Managing Member
11501 Outlook Street, Ste. 300
Overland Park, KS 66211

Larry Winslow
and Sheila Hawkins
230 S. Maryland Parkway, Apt. 4
Las Vegas, NV 89101

Las Vegas Valley Water District
Attn: Bankruptcy Dept./Managing Agent
1001 S Valley View Blvd
Las Vegas, NV 89153

Las Vegas Valley Water District
Attn: Bankruptcy Dept/Managing Agent
1001 S Valley View Blvd
Las Vegas, NV 89153

Lawrence Alarid
230 S. Maryland Parkway, Apt. 33
Las Vegas, NV 89101

Mae Sue Perez
230 S. Maryland Parkway, Apt. 11
Las Vegas, NV 89101

Mark Pearson
230 S. Maryland Parkway, Apt. 21
Las Vegas, NV 89101

Michael Borland
and Florence Borland
230 S. Maryland Parkway, Apt. 7
Las Vegas, NV 89101

Michael Camargo
230 S. Maryland Parkway, Apt. 13
Las Vegas, NV 89101

Michael Williams
and Sandra Gronbach
230 S. Maryland Parkway, Apt. 19
Las Vegas, NV 89101

Nancy Donahue
230 S. Maryland Parkway, Apt. 6
Las Vegas, NV 89101

NV Energy
Attn: Bankruptcy Dept/Managing Agent
PO Box 30086
Reno, NV 89520

Ozren Cvjetic
230 S. Maryland Parkway, Apt. 28
Las Vegas, NV 89101

Peter Haberkorn
and Jaysa Kirby
230 S. Maryland Parkway, Apt. 2
Las Vegas, NV 89101

Republic Services
Attn: Bankruptcy Dept. / Managing Agent
770 E. Sahara Ave.
Las Vegas, NV 89104-2943

Ricardo Avila
230 S. Maryland Parkway, Apt. 31
Las Vegas, NV 89101

Robert Selmon
and Sammy Bjork
230 S. Maryland Parkway, Apt. 12
Las Vegas, NV 89101

Roderick Gray
230 S. Maryland Parkway, Apt. 27
Las Vegas, NV 89101

Rodger O'Neil
230 S. Maryland Parkway, Apt. 10
Las Vegas, NV 89101

Rosemary Simon
230 S. Maryland Parkway, Apt. 9
Las Vegas, NV 89101

Southwest Gas Corporation
Attn: Bankruptcy Dept. / Managing Agent
PO Box 98512
Las Vegas, NV 89193-8512

Steve Holcomb
230 S. Maryland Parkway, Apt. 18
Las Vegas, NV 89101

The Estate of John P. Stamas
c.o Jay R. Larsen, Esq.
Gerrard Cox Larsen
2450 St. Rose Parkway, #200
Henderson, NV 89074

Upper Ground Flooring
Attn: Managing Member
3440 Maverick St.
Las Vegas, NV 89108

Victoria Stamatakos
6637 N. Campbell Ave., 1st Fl.
Chicago, IL 60645

Willie Tuckerson
and Michelle Quintanar
230 S. Maryland Parkway, Apt. 15
Las Vegas, NV 89101